```
                    UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION
```

HARDY WILSON MEMORIAL
HOSPITAL, et al.,                                    PLAINTIFFS


VERSUS                              CIVIL ACTION NO. 5:08cv4-DCB-JMR


MICHAEL O. LEAVITT, Secretary,
United States Department of Health
and Human Services, et al.,                          DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the defendants' Motion for Summary Judgment, and the Court having granted summary judgment as to the plaintiffs' claims, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 30th day of March 2009.


                                    s/ David Bramlette
                                 UNITED STATES DISTRICT JUDGE