```
          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                 WESTERN DIVISION
```

HARDY WILSON MEMORIAL
HOSPITAL, et al.,                                    PLAINTIFFS

VERSUS                          CIVIL ACTION NO. 5:08-cv4-DCB-JMR

KATHLEEN SEBELIUS, Secretary,
United States Department of Health
and Human Services, et al.,                          DEFENDANTS

### ORDER REMANDING CASE TO SECRETARY

Upon consideration of Plaintiffs' Motion for Entry of Judgment [docket entry no. 30], the opinion of the Court of Appeals for the Fifth Circuit in this cause, and the parties' notification to the Court that they agree that this matter should be remanded:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Judgment [docket entry no. 30] is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Secretary for the purpose of recalculating Plaintiffs' payments for cost reporting periods coinciding with fiscal years 2003, 2004, and 2005 consistent with the above-referenced opinion of the Court of Appeals for the Fifth Circuit, <u>Hardy Wilson Mem'l Hosp. v. Sebelius</u>, 616 F.3d 449 (5th Cir. 2009), and paying Plaintiffs, within 60 days of the date of this order, any additional monies due as a result of that recalculation plus interest calculated in accordance with 42 U.S.C. § 1395oo(f)(2) and any sums due under 42

C.F.R. § 405.378.  The Secretary shall notify the Plaintiffs when she instructs the Plaintiffs' Medicare Administrative Contractor to perform the recalculations and payments outlined above.

**IT IS FURTHER ORDERED** that the parties shall notify this Court when the Secretary has paid the Plaintiffs pursuant to this Order, at which time this Court will enter a final judgment.  At this time, this Court retains jurisdiction over this action.

**IT IS FURTHERED ORDERED** that all other pending motions are **MOOT.**

**SO ORDERED**, this the 5th day of April, 2011

                                                            _s/ David Bramlette_

                                                 **UNITED STATES DISTRICT JUDGE**